| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 5/20/24<br>TIME: 10:30 am |

CASE:  CV 20-4767(JMA) Chiu v. East Village Staffing Inc. et al

TYPE OF CONFERENCE:   MOTION              FTR: 10:32-10:45

APPEARANCES:
   For Plaintiff:  John Troy

   For Defendant:  William Zou
                   Ge Qu

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [  ] submitted by the parties.

☒   Other: Motion hearing held. Plaintiff's motion to compel, DE [70], is granted in part and denied in parts as follows:

1. Defendant Chen is directed to attempt to obtain all responsive documents at issue, seeking them in writing, no later than May 24, 2024.
2. Plaintiff will serve subpoenas on those individuals who are believed to maintain copies of the materials at issue, again no later than May 24, 2024.

   Next status conference: August 21, 2024 at 11:30am. The parties will be prepared to discuss whether the discovery referred to above has been produced and a deadline to commence summary judgment motion practice at the next conference.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   8/21/24 at 11:30 am         : Status conference

                                        SO ORDERED

                                        /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge