| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | BENCH TRIAL<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 10/15/25<br>TIME: 9:30 am |

CASE:  **CV 18-5091 & 20-4767 (JMA) Chiu v. American Yuexianggui of LI LLC et al & Chiu v. East Village Staffing Inc. et al**

TYPE OF CONFERENCE: BENCH TRIAL
Court Reporter: P. Lombardi; D. Parisi; L. Schmid

APPEARANCES:
    For Plaintiff:  Aaron Schweitzer

    For Defendant: Nicholas Pasalides

**THE FOLLOWING RULINGS WERE MADE:**

☒ Witnesses Sworn.

☒ Other: Bench trial held. Testimony concluded. Consistent with the colloquy on the record, the following claims are dismissed with prejudice:
(1) the New York State wage notice and pay notice claims;
(2) the unjust enrichment claims; and
(3) Plaintiff Amanda Deleva's claims.

    Post-trial briefing will occur as follows: Plaintiffs will serve proposed findings and of fact and conclusions of law on December 2, 2025. Defendant Chen will serve her proposed findings of fact and conclusions of law on February 2, 2026. Plaintiff will serve reply papers on February 23, 2026. All papers will contain citations to the record and case law. All papers will be filed on February 24, 2026 and a courtesy copy will be sent to chambers along with a copy of the trial transcript.

                                              SO ORDERED

                                              /s/Steven I. Locke
                                             STEVEN I. LOCKE
                                             United States Magistrate Judge